IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

ROBERT DOUGLAS CROWELL,          )
                                 )
                Plaintiff,       )
                                 )
v.                               )      No. CIV-12-1126-L
                                 )
CAROLYN W. COLVIN, Acting        )
Commissioner, Social Security    )
Administration,                  )
                                 )
                Defendant.       )

# **O R D E R**

Plaintiff brings this action pursuant to 42 U.S.C. § 405(g) for judicial review of the final decision of the Commissioner of the Social Security Administration denying his application for disability insurance benefits and supplemental security income payments under the Social Security Act. Pursuant to 28 U.S.C. § 636(b), this matter was referred to the Honorable Charles B. Goodwin for initial decision. On November 27, 2013, Judge Goodwin issued his Report and Recommendation, recommending that the Commissioner's decision be affirmed with respect to the dismissal of plaintiff's application for disability insurance benefits and reversed with respect to the denial of his request for supplemental security income payments. Judge Goodwin recommended that this matter be remanded for further proceedings.

The court file reflects that no party objected to the Report and Recommendation within the time limits prescribed. Having conducted a de novo review of this matter, the court finds that the Report and Recommendation should

be adopted in its entirety. The decision of the Commissioner is therefore AFFIRMED with respect to plaintiff's application for disability insurance benefits, but is REVERSED with respect to plaintiff's application for supplemental security income benefits. This matter is REMANDED to the Commissioner for further proceedings. Judgment will issue accordingly.

It is so ordered this 20th day of December, 2013.

*/s/ Tim Leonard*
TIM LEONARD
United States District Judge